UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:15-CR-43 RLM |
| | ) | |
| RICKY SNELLING | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty entered on July 29, 2015. Accordingly, the court ADOPTS those findings and recommendations [docket # 29], ACCEPTS defendant Ricky Snelling's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:   August 17, 2015

/s/ Robert L. Miller, Jr.
Judge, United States District Court
Northern District of Indiana